```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/14/17
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SOLANYID RODRIGUEZ, on behalf of herself and all others similarly situated

        Plaintiff,

-against-

KIRSCHENBAUM & PHILLIPS, P.C.,

        Defendant.

Civil Action Number:
1:17-cv-01834

### NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as the Defendants have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members if any.

Dated: April 13, 2017

Respectfully submitted,

By: *Abraham Hamra*
    Abraham Hamra, Esq.
    Sirotkin Varacalli & Hamra, LLP
    110 East 59th Street, Suite 3200
    New York, New York 10022
    Phone: (646) 590-0571
    *Attorneys for Plaintiff*

SO ORDERED.

*Valerie Caproni*  4/14/17

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE